# FIRST NATIONAL BANK OF OMAHA *v.* REDICK.

IN ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR
·THE DISTRICT OF NEBRASKA.

Submitted December 17th, 1883.—Decided January 21st, 1884.

*Error—Jurisdiction.*

When the plaintiff below in open court, by permission of court, remits all of
the verdict in excess of $5,000 and judgment is entered for that sum and
costs, the writ of error will be dismissed for want of jurisdiction.

Action below to recover penalty for taking usurious interest.
On the trial verdict was rendered for the plaintiff for $6,013.32.
Plaintiff

"thereupon in open court offered to remit from the amount of
said verdict the sum of $1,013.32, and the court, upon due con-
sideration thereof, allowed said remitter, and ordered the same to
be duly entered of record, and thereupon it was ordered and ad-
judged by the court that the said plaintiff have and recover from
the said defendant, the First National Bank of Omaha, the sum
of five thousand dollars with costs of suit, etc."

Plaintiff brought the cause here by writ of error. Defend-
ant in error moved to dismiss.

*Mr. John I. Redick* for himself in support of the motion.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This motion is granted on the authority of *Thompson* v.
*Butler*, 95 U. S. 694, and *Alabama Gold Life Insurance Com-
pany* v. *Nichols*, 109 U. S. 232.

*Dismissed.*